# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HARBOURVIEW PRODUCTS INTERNATIONAL, LLC,<br><br>Plaintiff, individually, and on behalf of all others similarly situated,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. (“UPS”); and UPS SUPPLY CHAIN SOLUTION, together, “UPS ENTITIES”; THE UNITED STATES OF AMERICA, and THE UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | **Court No. 26-01471** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Joseph A. Laroski, Jr., is hereby reassigned to the Honorable Richard K. Eaton.

Dated at New York, New York, this 12th day of August 2026.

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge