UNITED STATES COURT OF INTERNATIONAL TRADE

HARBOURVIEW PRODUCTS INTERNATIONAL, LLC,

Plaintiff, individually and on behalf of all others similarly situated,

v.

UNITED PARCEL SERVICE, INC. ("UPS"); AND UPS SUPPLY CHAIN SOLUTION, TOGETHER, "UPS ENTITIES"; THE UNITED STATES OF AMERICA, AND THE UNITED STATES CUSTOMS AND BORDER PROTECTION,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-01471

**ORDER**

Upon consideration of the schedules proposed by the parties and all other papers and proceedings in this action, it is hereby

**ORDERED** that this action shall proceed in accordance with the schedule set forth below:

1. Defendants' motions to dismiss the complaint shall be filed on or before sixty (60) days from the date of this order; Defendants shall be permitted to file the same brief as in *MSR Imports, Inc. v. United States*, Court No. 26-02645;

2. Plaintiff's response to the Defendants' motions to dismiss shall be filed on or before thirty (30) days from the date of service of Defendants' motions to dismiss.

3. Defendants' replies in support of their motions to dismiss shall be filed on or before fourteen (14) days from the date of service of Plaintiff's response to Defendants' motions to dismiss.

4. Defendants' answers, if required, shall be filed thirty (30) days after the date of the court's order on Defendants' motions to dismiss.

5. A proposed schedule for further proceedings shall be filed jointly by the parties on or before thirty (30) days after the date of the court's order on Defendants' motions to dismiss.

/s/ Richard K. Eaton
Judge

Dated: September 18, 2026
New York, New York